# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMRAN ABBAS MOHAMMED,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF STATE OF CALIFORNIA,<br><br>Respondent. | Case No. 8:22-cv-01514-PA-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATE MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("Report"). The Court accepts the Report and adopts it as its own findings and conclusions. Accordingly, the Petition is dismissed without prejudice.

DATED: January 13, 2023

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE