JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMRAN ABBAS MOHAMMED,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF STATE OF CALIFORNIA,<br><br>Respondent. | Case No. 8:22-cv-01514-PA-PD<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 13, 2023

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE